BC

FILED
9/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERIC CONNOR SUNDMAN,
Plaintiff, Pro Se
v. ) Case No. 1:26-cv-06690
NATIONAL CREDIT SYSTEMS, INC., ) Judge Joan H. Lefkow
Defendant.

**PLAINTIFF'S NOTICE OF DOCKET DISCREPANCY REGARDING DOCUMENT 23**

Plaintiff Eric Connor Sundman respectfully files this Notice of Docket Discrepancy regarding Document 23, filed on September 11, 2026:

1. On September 11, 2026, out-of-state attorney John Whitney Bowdich, II filed a Motion for Leave to Appear Pro Hac Vice (Doc. 23).
2. The automated electronic docket text and Notice of Electronic Filing (NEF) generated by the filer indicate that the motion was filed on behalf of Eric Connor Sundman.
3. In direct contradiction to the public docket entry, page 1 of the underlying petition attached as Document 23 states that Mr. Bowdich seeks leave to appear on behalf of Defendant National Credit Systems, Inc.
4. Plaintiff files this notice to clarify the record: Plaintiff proceeds strictly pro se, has never retained Mr. Bowdich, and Mr. Bowdich does not represent Plaintiff in this or any other capacity.
5. Furthermore, Plaintiff notes that Document 23 remains pending and has not been granted by the Court. Mr. Bowdich has not been admitted pro hac vice under Local Rule 83.14, and Plaintiff's formal objection challenging his appearance under the advocate-witness rule (Doc. 24) remains before Judge Lefkow.
6. Plaintiff brings this clerical discrepancy to the Court's and the Clerk's attention so that the docket accurately reflects party appearances and representations.

Dated: September 13, 2026

Respectfully submitted,
/s/ Eric Connor Sundman
Plaintiff pro se
225 W Huron St. Apt 202
Chicago, IL 60654
919.397.0213
eric.sundman.prose@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notices in this action.

Eric Connor Sundman
Plaintiff pro se