**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eric Connor Sundman
Plaintiff,
v.
Case No.: 1:26−cv−06690
Honorable Joan H. Lefkow
National Credit Systems, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Defendant's response to the motion for a settlement conference [27] is due by 10/6/2026. Plaintiff may reply by 10/13/2026. A ruling on motion hearing is set for 10/21/2026 at 9:30 a.m. in person in courtroom 2201. The Court will refer the case to the magistrate judge for discovery supervision, including the motion to compel [28]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.