**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eric Connor Sundman
Plaintiff,
v.
Case No.: 1:26−cv−06690
Honorable Joan H. Lefkow

National Credit Systems, Inc.
Defendant.

---

# ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery supervision, including the motion to compel [28]. (ags) Mailed notice.

Dated: September 22, 2026

/s/ Joan H. Lefkow
United States District Judge