**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eric Connor Sundman
Plaintiff,
v.
Case No.: 1:26−cv−06690
Honorable Joan H. Lefkow
National Credit Systems, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: This matter has been referred to Judge McLaughlin for discovery supervision, including Plaintiff's Motion to Compel [28]. Video status hearing before Judge McLaughlin is set for 10/13/26 at 10:00 a.m. on the Webex platform. Participants are expected to be on video. The parties may join the hearing by utilizing the link: https://us−courts.webex.com/meet/daniel_p_mclaughl in Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.